**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRIC OF MISSISSIPPI
NORTHERN DIVISION**

**LARRY OMAR COLLIER**                                    **PETITIONER**

**V.**                             **CIVIL ACTION NO. 3:17-CV-27-HTW-LRA**

**SUPERINTENDENT RONALD KING**                      **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

This matter comes before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson [doc. no.  29], which was entered on February 5 2020.  Petitioner's objections were due by February 19, 2020. Petitioner was granted an extension of time by this court until March 10, 2020, to file his objections.  Petitioner has not filed an appeal or objection to the  Report and Recommendation of the Magistrate Judge.

After examining the record evidence in this case the Magistrate Judge recommended: that the Respondent's Motion to Dismiss [doc. no. 11] should be granted and the Petition for Writ of Habeas Corpus should be dismissed.

This Court has reviewed the Report and Recommendation of the Magistrate Judge, as well as the court filings and the relevant law, and concludes that the findings in the Report and Recommendation **[doc. no.  29]** should be and are hereby **adopted** as this Court's own. Accordingly, Collier's Habeas Corpus Petition is dismissed.  A separate Final Judgment will issue on this date.

SO ORDERED AND ADJUDGED, this the 25th day of March, 2020.

                                      s/ HENRY T. WINGATE
                                      UNITED STATES DISTRICT JUDGE